

**RECEIVED**
**DEC 2 6 2005**
**LEGAL DEPT.**

December 23, 2005                      **VIA FEDERAL EXPRESS**

AIG Claims Services
9401 Indian Creek Parkway
Suite 1300
Overland Park, Kansas 66210

Attn: Don Smith
       Managing Director

Re:    **Insured:**           Hyundai Motor America
       **Occurrence:**      11/22/94-Present(?)
       **Claimant:**         Orion IP, LLC
       **AIG Claim No.:**    684118121
       **Policy Nos.:**       359-67-61 RA
                                    359-70-98 RA
                                    359-74-53 RA
                                    359-82-01
                                    382-92-21
       **Policy Periods:**    2/19/00-2/19/01
                                      2/19/01-2/19/02
                                      2/19/02-2/19/03
                                      2/19/04/2/19/05
                                      2/19/05-2/19/06

Dear Mr. Smith:

Please be advised that I reported this claim to AIG on 12/22/05. Pursuant to my conversation with Ms. Kelly Shelton on 12/23/05, enclosed please find:

1. Jason Erb's 12/20/05 letter to Aon;
2. Summons and Complaint Case No. 6:05-cv-322;
3. HMA's Anwer and Counterclaims to Complaint.

Please be advised that HMA is tendering defense and indemnification to AIG under all appropriate policies issued to them. We have only referenced the policy numbers listed above because we have not been able to confirm all general liability policies issued by AIG to HMA since 11/22/94.

**REPORTING:**

Please direct all correspondence to the attention of Jason Erb, Senior Counsel. Mr. Erb can be reached as follows:

---

Aon Risk Services, Inc. of Southern California Insurance Services
707 Wilshire Boulevard Suite 6000 • Los Angeles, California 90017 • Mailing P.O Box 54670 • Los Angeles, California 90054-0670
tel: 213.630.3200 • fax: 213.689.4450 • www.aon.com
License No. 0530733

EXHIBIT 9

567

AIG Claims Services.
Orion IP vs. HMA
December 23, 2005
Page 2

*Aon Risk Services*

Hyundai Motor America
10550 Talbert Avenue
Fountain Valley, Ca. 92728-0850

Telephone No.:  (714) 965-3393
Facsimile No.:  (714) 965-3815
E-Mail:         jasonerb@hmausa.com

**REMARKS:**

Thank you for your courtesy and cooperation, and if you have any questions, please do not hesitate to contact me.

Very truly yours,
**Aon Risk Services**

John K. Teshima
Senior Claims Consultant

Encls: 12/20/05 HMA letter to Aon

cc:  Jason Erb (w/o encls)
cc:  Jack Lawrence (AIG)
cc:  Vic Poveromo (w/o encls)
cc:  Tom Vanderford (w/o encls)

568

EXHIBIT 9