

**Domestic Claims, Inc.
Primary Coverage Unit**

175 Water Street, 22nd Floor
New York, New York 10038
(212) 458-5852
(877) 714-7349
Paula.Giles@aig.com

January 30, 2006

<u>Via Fax (714) 965-3815 and U.S. Mail</u>

Jason Erb
Senior Counsel
Hyundai Motor America
10550 Talbert Avenue
Mountain Valley CA. 92728-0850

| | | |
|---|---|---|
| RE: | Insured: | **Hyundai Motor America** |
| | Claimant: | **Orion IP, LLC** |
| | Policy: | **GL359-67-61RA[1], GL359-70-98RA, GL359-74-53RA, GL359-78-51, GL359-82-01, and GL359-92-21** |
| | Claim #: | **684-118121** |

Dear Mr. Erb:

AIG Domestic Claims, Inc. ("AIGDC") previously acknowledged receipt on behalf of American Home Insurance Company ("American Home") of the lawsuit entitled *Orion IP, LLC v. Hyundai Motor America, et al.*, venued in the United States District Court, Eastern District of Texas, Tyler Division. Please allow this letter to serve as American Home's coverage position with respect to the American Home policies, effective February 19, 2000 to February 19, 2006.

Prior to discussing the relevant policy provisions and coverage issues, we summarize below the allegations of the Complaint. Our summary of the allegations in no way implies American Home believes that the allegations asserted by the claimant are true or deserve merit.

## THE COMPLAINT

In two counts, Orion IP, LLC ('plaintiff') alleges patent infringement against the insured and nineteen other automobile manufacturers. Specifically, the Complaint asserts infringement of the Patent No. 5,615,342 ("342 patent") entitled "Electronic Proposal Preparation System" and Patent No. 5,367,627 ("627 patent") entitled "Computer- Assisted Parts Sales Method". Jerome D. Johnson is cited as the inventor of both patents. Plaintiff is the owner by assignment. The plaintiff alleges that the defendants including Hyundai, have in the past and continue to infringe on plaintiff's patents.

---

[1] Please be advised that we do not have a record of American Home policy GL359-67-61 RA, which was provided in your initial notice of this claim. Therefore, we were unable to obtain a copy of this policy. If you have a copy of GL359-67-61 RA, please forward to our attention for review.

EXHIBIT 10

Services Provided by Members of
American International Group, Inc.

569

January 30, 2006
Page 2

Orion seeks compensatory damages, injunctive relief and attorney's fees.

## POLICY PROVISIONS

American Home provides general liability coverage to Hyundai Motor America under policy numbers GL359-70-98RA, effective for the period February 19, 2001 to February 19, 2002; GL359-74-53RA, effective February 19, 2002 to February 19, 2003; GL359-78-51, effective February 19, 2003 to February 19, 2004; GL359-82-01, effective February 19, 2004 to February 19, 2005; and GL359-92-21, effective February 19, 2005 to February 19, 2006.

Policy **GL359-70-98 RA**, effective February 19, 2001 to February 19, 2002 contains the following relevant policy language.

### SECTION I – COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.

       \*\*\*

### COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY.

2. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

       (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

       (2) Our right and duty to defend end when we have used up the applicable limit of insurance in payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

570

EXHIBIT 10

Services Provided by Members of

January 30, 2006
Page 3

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   **b.** This insurance applies to:

      (1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

      (2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

    But only if the offense was committed in the "coverage territory: during the policy period.

**2. Exclusions**

This insurance does not apply to:

   **a.** "Personal injury" or "advertising injury":

      (1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      (2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**SECTION V – DEFINITIONS**

1. "Advertising Injury" means injury arising out of one or more of the following offenses:

   **a.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **b.** Oral or written publication of material that violates a person's right of privacy;

   **c.** Misappropriation of advertising ideas or style of doing business; or

   **d** Infringement of copyright, title or slogan.

3. "Bodily Injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

571

EXHIBIT 10

Services Provided by Members of
American International Group, Inc.

January 30, 2006
Page 4

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

13. "Personal Injury" means injury, other than "bodily injury" arising out of one or more of the following offenses:

    a. False arrest, detention, or imprisonment;

    b. Malicious prosecution;

    c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

    d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

    e. Oral or written publication of material that violates a person's right of privacy.

15. "Property Damage" means:

    a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

***

Policy GL359-74-53 RA, effective February 19, 2002 to February 19, 2003; Policy GL 359-7-51, effective February 19, 2003 to February 19, 2004; Policy GL359-82-01, effective February 19, 2004 to February 19, 2005; and Policy GL 382-92-21, effective February 19, 2005 to February 19, 2006 contain the following relevant policy language.

**SECTION I – COVERAGES**

**COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.

***

572

EXHIBIT 10

Services Provided by Members of
American International Group, Inc.

January 30, 2006
Page 5

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory: during the policy period.

2. **Exclusions**

   This insurance does not apply to:

   a. **Knowing Violation of Rights Of Another**

      "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

   b. **Material Published With Knowledge or Falsity**

      "Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

   c. **Material Published Prior To Policy Period**

      "personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

573

EXHIBIT 10

Services Provided by Members of
American International Group. Inc.

January 30, 2006
Page 6

   i.  **Infringement Of Copyright, Patent, Trademark or Trade Secret**

       "Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

       However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purposes of attracting customers or supporters. For the purposes of this definition:

   a.  Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b.  Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes or attracting customers or supporters is considered an advertisement.

3. "Bodily Injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

13  "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14  "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a.  False arrest, detention, or imprisonment;

   b.  Malicious prosecution;

   c.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d.  Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

   e.  Oral or written publication, in any manner, of material that violates a person's right of privacy.

   f.  The use of another's advertising idea in your "advertisement"; or

   g.  Infringing upon another's copyright, trade dress or slogan in your "advertisement".

17  "Property Damage" means:

   a.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

574

EXHIBIT 10         Services Provided by Members of

January 30, 2006
Page 7

    b.    Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

## COVERAGE POSITION

For coverage to potentially apply under the American Home policies, the claim must seek damages because of Bodily Injury, Property Damage, Personal Injury or Advertising Injury. Based upon our review of the Complaint, the claims therein do not seek damages as a result of Bodily Injury or Property Damage arising out of an Occurrence, as those terms are defined in the policies. Further, the Complaint does not set forth an Occurrence as that term is defined by the policy. Accordingly, coverage is precluded under American Home policies GL359-70-98RA, GL359-74-53RA, GL359-78-51, GL359-82-01, and GL359-92-21 for this claim.

Additionally, the claims do not seek damages for Personal Injury and Advertising Injury as defined in the policies. American Home provides coverage for Personal Injury and Advertising Injury that takes place during the policy period. As set forth above, Personal Injury and Advertising Injury are defined as an injury arising out of one or more enumerated Advertising Injury offenses. Further, Personal Injury and Advertising Injury must arise out of an "offense committed in the course of advertising your goods, product or services". Based upon our review of the Complaint, the claims against the insured do not implicate Personal Injury and Advertising Injury because none of the enumerated offenses are alleged. Specifically, in as much as patent infringement is not one of the enumerated offenses, and further, plaintiff's claim does not arise from the insured's Advertisement or allegation that an advertising idea has been used in that advertisement, coverage is precluded under the above-captioned policies for this claim.

Further, notwithstanding coverage is precluded based upon the policy language and terms of the "insuring agreement", as noted above, Policy GL359-70-98RA contains Exclusion 2a. (1) and (2), which exclude coverage for Personal Injury and Advertising Injury arising out of oral or written publication of material done by or at the direction of the insured with knowledge of its falsity and/or whose first publication took place before the beginning of the policy period. Accordingly, American Home reserves all rights to rely on the Exclusion to the extent it applies to disclaim coverage for this claim.

Similarly, Policies GL359-74-53RA, GL359-78-51, GL359-82-01 and GL359-92-21 contain the following Exclusions which operate to preclude coverage for Personal Injury and Advertising Injury arising out of the following: 2a. knowing violation of the rights of another; 2b. material published with knowledge of its falsity; 2c. material published prior to the policy period; and, 2i. infringement of copyright, patent, trademark or trade secret. Accordingly, American Home reserves all rights to rely on the Exclusions to the extent they apply to disclaim coverage for this claim.

575

EXHIBIT 10

Services Provided by Members of
American International Group, Inc.

January 30, 2006
Page 8

Finally, the American Home policies provide coverage for damages only; thus the injunctive and/or declaratory relief requested is not covered.

Pursuant to public policy, an insurer is not liable for a loss caused by the willful act of the insured. This is specifically provided for in Section 533 of the California Insurance Code, which is deemed part of every policy and is the equivalent of an exclusionary clause in the contract itself. To the extent the insured's liability stems from a willful act or acts, no coverage is provided by virtue of public policy.

Accordingly, American Home must respectfully decline coverage for this loss under the above-referenced policies and will not be responsible for the indemnification and/or the defense fees associated with this action. Any further action taken on behalf of American Home shall not be construed as a waiver of any of its rights under these policies. American Home reserves its rights to supplement this disclaimer.

Please be advised that our investigation into this matter should not be taken as an indication that American Home has waived any right in connection with this matter. Additionally, American Home reserves the right to supplement and/or amend this coverage position at any time in the future or to assert any other policy defense which may be applicable now or which may become applicable.

Should you believe your claim has been improperly denied in whole or in part, you have the right to have the matter reviewed by:

> California Department of Insurance
> Claims Services Bureau, 11th Floor
> 300 South Spring Street
> Los Angeles, California 90013
> Telephone: 800-927-4357 or 213-897-5961

Very truly yours,

Paula S. Giles
Primary Coverage Unit

cc:  John K. Teshima
     Senior Claims Consultant
     Aon Risk Services, Inc. of Southern California
     707 Wilshire Boulevard Suite 6000
     P.O. Box 54670
     Los Angeles, CA. 90054-0607

576

Services Provided by Members of
American International Group, Inc

EXHIBIT 10                                ** TOTAL PAGE.09 **

JAN 31 2006 10:33 FR 12124585787          12124585787 TO 917149653815        P.01/09



**Domestic Claims, Inc.
Primary Coverage Unit**

175 Water Street, 22nd Floor
New York, New York 10038
(Phone)
(e-mail)

# *FAX*

☐ *URGENT*

**January 31, 2006**                                                      **9 Pages**

| TO: | FROM: |
|---|---|
| Jason Erb | Paula Giles |
| **FAX #:**  714-965-3815 | **FAX #:**  212-458-5679 |
| **RE:**  Orion IP, LLC V. Hyundai Motor America | |
| **MESSAGE:** | |

**cc:**

577

EXHIBIT 10