## McCormick, Barstow, Sheppard, Wayte & Carruth LLP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| MODESTO, CALIFORNIA OFFICE<br>Centre Plaza Office Tower<br>1150 Ninth Street, Suite 1200<br>Modesto, California 95354<br>Telephone (209) 524-1100<br>FAX (209) 524-1188<br><br>LAS VEGAS, NEVADA OFFICE<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>Telephone (702) 949-1100<br>FAX (702) 949-1101 | P.O. BOX 28912<br>FRESNO, CALIFORNIA 93729-8912<br><br>5 RIVER PARK PLACE EAST<br>FRESNO, CALIFORNIA 93720-1501<br><br>TELEPHONE (559) 433-1300<br>FAX (559) 433-2300<br><br>http://www.mccormickbarstow.com | **Patrick Fredette**<br>(559) 433-2161<br>patrick.fredette@mccormickbarstow.com |

April 7, 2006

<u>VIA FACSIMILE TO (213) 688-9351 AND U.S. MAIL</u>

Terry C. Leuin
Cotkin, Collins & Ginsburg
300 South Grand Avenue, Twenty-Fourth Floor
Los Angeles, CA 90071-3134

      Re:    *Orion IP, LLC v. Hyundai Motor America, et al.*, United States District Court, Eastern District of Texas, Case No. 6:05-cv-0032-LED ("*Orion*")

Dear Mr. Leuin:

      We previously advised that AIG Domestic Claim, Inc. ("AIGDC") retained our firm as coverage counsel in connection with the above action. In such role, we have had occasion to review your March 30, 2006 letter to Ms. Giles of AIGDC, which requested a reconsideration of the declination of Hyundai's tender of defense in the *Orion* action. By way of compliance with Hyundai's request, we are evaluating the *Orion* action, the content of your March 30 letter and related matters. To assist with our evaluation, we would request that you kindly forward the following documentation:

      1.    A copy of the answer filed by Hyundai in the *Orion* action.

      2.    A copy of Hyundai's Fed.R.Civ.P. 26 initial disclosure statement in the *Orion* action.

      3.    A copy of any affirmative discovery propounded on Orion by Hyundai or any other defendant in the *Orion* action that is contention in nature with regard to the claims of the complaint, and in particular the factual support for the allegations contained in the two counts alleged. Please also include a copy of Orion's response to the discovery.

      4.    A copy of any documents, discovery or related material that discusses, explores or addresses when Hyundai first learned of Orion's alleged patents.

EXHIBIT 1 2    9

Terry C. Leuin
April 7, 2006
Page 2

     5.    A copy of any documents, discovery or related material that discusses, explores or addresses when, as it relates to Hyundai, the purported infringement of the alleged patents first occurred.

     6.    A copy of any documents, discovery or related material that discusses, displays or addresses what in fact was advertised within the meaning of the statement in your March 3, 2006 letter that "Hyundai was engaged in 'advertising.'"

     7.    A copy of any defense evaluation reports as it relates to Hyundai.

     8.    Any other material or documentation that you or Hyundai feels will assist our evaluation.

We appreciate your anticipated cooperation. Also, we will gladly reimburse Hyundai for the reasonable expense in reproducing the material.

                        Very truly yours,

                        MCCORMICK, BARSTOW, SHEPPARD
                        WAYTE & CARRUTH LLP

                        *Alvin K. Krogstad (for)*
                        Patrick Fredette

PF:ct
03674/01795-933913.v1

EXHIBIT 12          10