RAPHAEL COTKIN
JAMES P. COLLINS, JR.
WILLIAM H. GINSBURG
STEVEN L. PAINE
WILLIAM D. NAEVE*
TERRY C. LEUIN
ROGER W. SIMPSON
JOAN M. COTKIN
ROBERT G. WILSON
DAVID A. WINKLE
KAREN C. FREITAS**
BRIAN R. HILL
JEFFREY R. ALBREGTS†
KEVIN A. DUFFIS*
CAROLE H. COHEN**
C. EDWARD LANGHAMMER, JR.
GREGORY A. SARGENTI
TERRY L. KESINGER
ELLEN M. TIPPING*
DAVID W. JOHNSON, JR.
COOPER W. COLLINS
KRISTIE M. MACKEY
DINA L. TAULLI
DANIA YOUNESS
CORALIA A. LESIN
JAMES R. CARTY
MARIE ELLERTON†
ETHAN A. HORN
TERRY KINNALLY†
AMY E. JONES†

*ADMITTED TO PRACTICE IN
CALIFORNIA AND NEVADA

**FAMILY LAW CERTIFIED SPECIALIST
THE STATE BAR OF CALIFORNIA
BOARD OF LEGAL SPECIALIZATION

†NOT ADMITTED IN CALIFORNIA



A Professional Corporation

ATTORNEYS AT LAW

COUNSEL TO THE FIRM
NAIDA L. BROWN

**Los Angeles Office**
Twenty-Fourth Floor
300 South Grand Avenue
Los Angeles, CA 90071-3134
(213) 688-9350
Facsimile (213) 688-9351

Santa Ana Office
200 West Santa Ana Blvd., Suite 800
Santa Ana, CA 92701-7536

Mailing Address:
Post Office Box 22005
Santa Ana, CA 92702-2005
(714) 835-2330
Facsimile (714) 835-2209

Las Vegas Office
701 Bridger Avenue, Suite 700
Las Vegas, NV 89101
(702) 384-1722
Facsimile (702) 384-2534

www.ccglaw.cc

April 24, 2006

Patrick Fredette
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

      Re:   *Orion IP, LLC v. Hyundai Motor America, et al.*
             Insured:   Hyundai Motor America
             Claimant:  Orion IP, LLC
             Policies:   GL 359-64-60 RA (2/19/99 - 2/19/00)
                          GL 359-67-61 RA (2/19/00 - 2/19/01)
                          GL 359-70-98 RA (2/19/01 - 2/19/02)

Dear Mr. Fredette:

      This is in response to your letter dated April 7, 2006, in which you request certain documentation to assist you in your evaluation, on behalf of AIGDC, of Hyundai's claim for a defense under the above referenced policies of insurance. In order of your requests, we respond as follows:

      1. Enclosed is a copy of Hyundai's Answer and Counterclaims to the original complaint;

297199-1.wpd

**EXHIBIT 13**

11

Patrick Fredette
April 24, 2006
Page 2

      2. Hyundai's initial disclosure has not yet been prepared. It is due on May 5, 2006 and we will provide you with a copy once it is finalized. However, enclosed are copies of plaintiff's initial disclosure and second amended complaint.

      3. No discovery has yet been propounded by Hyundai on Orion. However, Enclosed is a CD labeled "Orion's Preliminary Infringement Contentions to Hyundai" that contains Orion's disclosures. Please note that there is a second CD, labeled "Orion Infringement Evidence," that contains a frame-by-frame navigation through the Hyundai website that makes it quite clear that the allegations pertaining to both patents are tied to Hyundai's advertising activities.

      4. The first Hyundai learned of the patents was the filing of the complaint.

      5. Apart from the complaint, and the CD's above, information relating to when the purported infringement first occurred should be contained in Hyundai's initial disclosure, which will be provided once it is finalized.

      6. In addition to the materials referenced in number 3 above, please see hyundaiusa.com's "Build Your Own" system under "Shopping Tools" and "Parts/Accessories" under "Owners."

      7. We are unable to provide you with any defense evaluation reports out of our concern that to make them available to a non-defending insurer would constitute a waiver of the attorney-client and work product privileges. If you have legal authority to the effect that disclosure of such defense reports to a non-defending insurer does not constitute a waiver of these privileges, please provide such authority to us for consideration. Obviously any such reports will be made available once AIG acknowledges its defense obligations.

      8. Hyundai informs me that its "build your own" vehicle feature was first put to use on the internet in 2001. Thus, any infringement of the '342 patent could not have occurred prior to that time. Hyundai has also informed me that its first electronics parts catalog was developed in 1993, and therefore there could not have been any infringement of the '627 patent prior to that time.

297199-1.wpd

EXHIBIT 13

12

Patrick Fredette
April 24, 2006
Page 3

      We trust that following your review of the enclosed materials AIG will immediately undertake the defense of Hyundai. Please feel free to contact me if you have any further questions.

Very truly yours,

*[signature]*

Terry C. Leuin

encl.

cc:    Jason Erb (w/o encl.)